■ JONATHAN WEINER, Appellant, v 4601 OWNERS CORPORATION, Respondent. [929 NYS2d 735]—

Plaintiff failed to establish his entitlement to judgment as a matter of law on his causes of action for breach of contract and breach of the covenant of quiet enjoyment, or any clear entitlement to a cease and desist order. The question of whether the business judgment rule precludes these claims must await determination of the facts (*see Whalen v 50 Sutton Place S. Owners*, 276 AD2d 356, 357 [2000]). Concur—Saxe, J.P., Friedman, DeGrasse, Freedman and Abdus-Salaam, JJ.